**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dennis Lloyd Nelson<br>_Debtor_ | CHAPTER 13<br><br>BKY. NO. 18-10588 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of TRIAD FINANCIAL SERVICES, INC. and index same on the master mailing list.

      Respectfully submitted,

      **/s/ James C. Warmbrodt, Esquire**
      James C. Warmbrodt, Esquire
      Attorney ID: 42524
      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322
      JWarmbrodt@KMLlawgroup.com
      Attorney for Movant/Applicant