FILED
10/4/18 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dennis Lloyd Nelson
              Debtor(s)

TRIAD FINANCIAL SERVICES, INC.
              Movant
      v.
Dennis Lloyd Nelson
              Respondent
      and
TRonda J. Winnecour, Trustee
              Additional Respondent

BK. NO. 18-10588 TPA

CHAPTER 13

Related to Docket #____24____

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 4th day of October, 2018, at Pittsburgh, upon Motion of TRIAD FINANCIAL SERVICES, INC., it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2000 Castle, VIN Number 181560051002921-001, Manufacturer Serial Number CHPA42998B, in a commercially reasonable manner.

_____
United States Bankruptcy Judge

cc: See attached service list:

Dennis Lloyd Nelson
1 Virginia Court
Mc Kean, PA 16426

Daniel P. Foster Esq.
Foster Law Offices
PO Box 966
Meadville, PA 16335
dan@mrdebtbuster.com

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dennis Lloyd Nelson  
    Debtor

Case No. 18-10588-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: ddoy     Page 1 of 1     Date Rcvd: Oct 05, 2018  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2018.  
db            +Dennis Lloyd Nelson,   444 West 29th Street,   Mc Kean, PA 16508-1764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
14870541     ##+Triad Financial Services,   13901 South Sutton Park Drive,   Suite 220,  
                Jacksonville, FL 32224-0229  
                                                                                                     TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2018 at the address(es) listed below:  
          Daniel P. Foster     on behalf of Debtor Dennis Lloyd Nelson dan@mrdebtbuster.com,  
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
          James   Warmbrodt     on behalf of Creditor    TRIAD FINANCIAL SERVICES, INC. bkgroup@kmllawgroup.com  
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                  TOTAL: 4