Certificate Number: 02998-PAW-DE-035911750

Bankruptcy Case Number: 18-10588



02998-PAW-DE-035911750

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 12, 2021, at 3:10 o'clock PM EDT, Dennis Lloyd Nelson completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 12, 2021                By:      /s/Terri Everett

Name:   Terri Everett

Title:   Counselor