Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Dennis Lloyd Nelson** | : | Case No. 18−10588−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 39 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 12/1/21 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

**AND NOW,** this *The 27th of September, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 39, by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before November 11, 2021*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *December 1, 2021 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Dennis Lloyd Nelson  
    Debtor

Case No. 18-10588-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: agro     Page 1 of 3  
Date Rcvd: Sep 27, 2021     Form ID: 300b     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Lloyd Nelson, 444 West 29th Street, Mc Kean, PA 16508-1764 |
| 14904241 | + | Countryside Estates Community, C/O Michele M. Boik, 27777 Franklin Road, Suite 200, Southfield, MI 48034-8205 |
| 14863165 | + | GCP Countryside Limited Partnership, d/b/a Countryside Estates, 2 Sharon Drive, Mc Kean, PA 16426-1356 |
| 14870538 | + | Genpact Services LLC, PO Box 1969, Southgate, MI 48195-0969 |
| 14870539 | + | Medical Associates of Erie, Osteopathic Internal Medicine, One Lecom Place, Erie, PA 16505-2571 |
| 14863166 | + | Medical Associates of Meadville, 765 Liberty Street, Suite 309, Meadville, PA 16335-2567 |
| 14870540 | + | Medicor Associates Inc, 3330 Peach Street, Suite 203, Erie, PA 16508-2772 |
| 14902019 | + | Penelec, C/O FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14863169 | | Spectrum, PO Box 2553, Columbus, OH 43216 |
| 14897252 | + | Triad Financial Services, 13901 Sutton Park Dr. S., Suite 300, Jacksonville, FL 32224-0230 |
| 14870541 | + | Triad Financial Services, 13901 South Sutton Park Drive, Suite 220, Jacksonville, FL 32224-0229 |
| 14870542 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14863172 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14863161 | + | Email/Text: g20956@att.com | Sep 27 2021 23:25:00 | AT&T Mobility, 1025 Lenox Park Boulevard NE, Brookhaven, GA 30319-5309 |
| 14894868 | + | Email/Text: g20956@att.com | Sep 27 2021 23:25:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14870537 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 28 2021 00:05:37 | Capital One N.A., PO Box 85520, Richmond, VA 23285 |
| 14889456 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 28 2021 00:06:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14863162 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Comenity Capital Bank / Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14863163 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2021 23:39:26 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14897533 | | Email/Text: G06041@att.com | Sep 27 2021 23:25:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14863164 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 27 2021 23:25:00 | First Energy, Revenue Assurance, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14898559 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:42 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14863167 | + | Email/Text: Bankruptcy@natfuel.com | Sep 27 2021 23:25:00 | National Fuel, 1100 State Street, Erie, PA 16501-1912 |
| 14891197 | | Email/PDF: cbp@onemainfinancial.com | | |

| Recip ID | | Notice Type | Timestamp | Name and Address |
|---|---|---|---|---|
| | | | Sep 27 2021 23:39:34 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14863168 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 23:39:21 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14863825 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2021 23:39:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14897527 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 23:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14863170 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:25 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14899201 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14863171 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:54 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | TRIAD FINANCIAL SERVICES, INC. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor TRIAD FINANCIAL SERVICES INC. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Dennis Lloyd Nelson dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |