**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DENNIS LLOYD NELSON

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:18-10588 TPA

Chapter 13

Related Document No.: 39

FILED
11/22/21 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this 22nd day of November, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

asg

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-10588-TPA
Dennis Lloyd Nelson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: dpas  Page 1 of 3
Date Rcvd: Nov 22, 2021  Form ID: pdf900  Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Lloyd Nelson, 444 West 29th Street, Mc Kean, PA 16508-1764 |
| 14904241 | + | Countryside Estates Community, C/O Michele M. Boik, 27777 Franklin Road, Suite 200, Southfield, MI 48034-8205 |
| 14863165 | + | GCP Countryside Limited Partnership, d/b/a Countryside Estates, 2 Sharon Drive, Mc Kean, PA 16426-1356 |
| 14870538 | + | Genpact Services LLC, PO Box 1969, Southgate, MI 48195-0969 |
| 14870539 | + | Medical Associates of Erie, Osteopathic Internal Medicine, One Lecom Place, Erie, PA 16505-2571 |
| 14863166 | + | Medical Associates of Meadville, 765 Liberty Street, Suite 309, Meadville, PA 16335-2567 |
| 14870540 | + | Medicor Associates Inc, 3330 Peach Street, Suite 203, Erie, PA 16508-2772 |
| 14902019 | + | Penelec, C/O FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14863169 | | Spectrum, PO Box 2553, Columbus, OH 43216 |
| 14897252 | + | Triad Financial Services, 13901 Sutton Park Dr. S., Suite 300, Jacksonville, FL 32224-0230 |
| 14870541 | + | Triad Financial Services, 13901 South Sutton Park Drive, Suite 220, Jacksonville, FL 32224-0229 |
| 14870542 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14863172 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14863161 | + | Email/Text: g20956@att.com | Nov 22 2021 23:30:00 | AT&T Mobility, 1025 Lenox Park Boulevard NE, Brookhaven, GA 30319-5309 |
| 14894868 | + | Email/Text: g20956@att.com | Nov 22 2021 23:30:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14870537 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2021 23:30:35 | Capital One N.A., PO Box 85520, Richmond, VA 23285 |
| 14889456 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2021 23:30:44 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14863162 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 22 2021 23:29:00 | Comenity Capital Bank / Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14863163 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 22 2021 23:30:46 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14897533 | | Email/Text: G06041@att.com | Nov 22 2021 23:30:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14863164 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 22 2021 23:30:00 | First Energy, Revenue Assurance, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14898559 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2021 23:30:37 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14863167 | + | Email/Text: Bankruptcy@natfuel.com | Nov 22 2021 23:30:00 | National Fuel, 1100 State Street, Erie, PA 16501-1912 |
| 14891197 | | Email/PDF: cbp@onemainfinancial.com | | |

Case 18-10588-TPA    Doc 44    Filed 11/24/21    Entered 11/25/21 00:29:52    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: dpas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2021 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 22 2021 23:30:43 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14863168 | + | Email/PDF: cbp@onemainfinancial.com | Nov 22 2021 23:30:32 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14863825 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 22 2021 23:30:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14897527 | | Email/Text: bnc-quantum@quantum3group.com | Nov 22 2021 23:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14863170 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 22 2021 23:30:43 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14899201 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 22 2021 23:30:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14863171 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2021 23:41:03 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | TRIAD FINANCIAL SERVICES, INC. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2021           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor TRIAD FINANCIAL SERVICES INC. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Dennis Lloyd Nelson dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1                     User: dpas                              Page 3 of 3
Date Rcvd: Nov 22, 2021                 Form ID: pdf900                         Total Noticed: 30

TOTAL: 4